IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | |
| | ) | No. 1:13 CR 168-3 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHRISTOPHER DEON MOORE, | ) | |
| | ) | |
| Defendant | ) | |

Upon motion of the defendant's counsel, for good cause shown and without objection from the Government, the Scheduling Order is amended to require that any plea agreement be filed by July 29, 2013 and any change of plea hearing or trial be set in August 2013.

IT IS SO ORDERED.

_____