IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:13CR168-3 |
| | ) | |
| CHRISTOPHER DEON MOORE | ) | |

**ORDER**

This matter is before the court on the Motion for Continuance filed on behalf of Christopher Deon Moore ("Moore"), by his counsel of record, James Craven, III, Esq. (Doc. 23.) The Government does not object to this request.

The court finds Moore was indicted on one count of conspiracy to make counterfeit Federal Reserve Notes, one count of making counterfeit Federal Reserve Notes, and one count of passing counterfeit Federal Reserve Notes. Moore was arraigned on May 17, 2013 and the matter set for disposition during the July 2013 Criminal Term of Court.

The court further finds that Mr. Craven was appointed Criminal Justice Counsel for Moore on May 8, 2013, and will be unavailable from June 22, 2013 through July 7, 2013, thus preventing him reasonable time to prepare and try the case during the July Criminal Term. Accordingly, the ends of justice served by the granting of this continuance outweigh the interests of the public and Moore in a speedy trial.

IT IS THEREFORE ORDERED that this matter is continued to the

August 2013 Criminal Term of Court, and that the time between June 12, 2013 and August 12, 2013, is excluded under Title 18, United States Code, Section 3161(h)(7)(A).

IT IS FURTHER ORDERED that the parties shall file pretrial motions and responses, in accordance with the Scheduling Order which governs disposition of the August 2013 Criminal Term of Court.

                                        /s/   Thomas D. Schroeder
                                      United States District Judge

June 13, 2013

2

Case 1:13-cr-00168-UA   Document 26   Filed 06/13/13   Page 2 of 2